AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | October 11, 2007 |
| NAME OF SERVER *(PRINT)* | TITLE |
| HOWARD PODELL | Attorney |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: GREYHOUND LINES, INC.
c/o CT CORP., 111 Eighth Avenue, 13th fl., New York NY 10011

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: NORA BINDYAL

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/11/07
             Date

*Signature of Server* [signature: Howard Podell]

200 W. 57th Street, New York NY 10019
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.