AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | OCT 1 1 2007  Oct 15, 2007 @ 8:30 a |
| NAME OF SERVER (PRINT)  P. Clark | TITLE  Deputy Constable |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By delivering to: Greyhound Lines Inc C/o C.T. Corporation System, R/A 350 N. St. Paul Ste 2900 Dallas County TX 75201

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  $60.00 Service fee | TOTAL  $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  October 15, 2007     P. Clark
                Date                 Signature of Server

                                    1201 So. Polk St, Dallas
                                    Address of Server

delivering to the registered agent for service  
C.T. Corporation, at 350 North St. Paul, 29th floor  
Dallas County, Dallas, Texas 75201. Process was  
delivered to: Beatrice Cesare

BEN ADAMCIK  
CONSTABLE  
PCT.3, DALLAS COUNTY  

DERICK EVANS, CONSTABLE  
Dallas County Precinct 1

JUANITA GARCIA  
Notary Public, State of Texas  
My Commission Expires  
AUGUST 28, 2010

J. MICHAEL McMAHON

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.