UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
SHERRY ANN GEORGE, SHERRY ANN GEORGE, as
Mother and Natural Guardian of VOSHONA GEORGE,
Infant, and SHERRY ANN GEORGE and ALLISON
IDOHOU, as Co-Administrators of the ESTATE OF
DOREEN GEORGE, Deceased,

                                   Plaintiffs,

-against-

GREYHOUND LINES, INC. and LAIDLAW
INTERNATIONAL, INC.,

                                   Defendants.
-----------------------------------------------------------------------X

Civil Action No.
07 CIV 8364 (PKL)

DISCLOSURE
STATEMENT PURSUANT
TO F.R.C.P. RULE 7.1

**PLEASE TAKE NOTICE**, that the defendants, GREYHOUND LINES, INC. ("GLI") and LAIDLAW INTERNATIONAL, INC. ("LII"), by their attorneys, Fabiani Cohen & Hall, LLP, as and for their Disclosure Statement Pursuant to F.R.C.P. Rule 7.1 sets forth as follows:

GLI is a Delaware corporation. Laidlaw Transportation Holdings, Inc. ("LTHI") owns 100% of the stock of GLI. Laidlaw Transportation, Inc. ("LTI") owns 100% of the stock of LTHI. LII owns 100% of the stock of LTI.

370762.1

LII is a Delaware corporation. FirstGroup US, a UK private unlimited company, owns LII. There is no publicly held corporation that owns 10% or more of LII's stock.

Dated:     New York, New York
           October 30, 2007

                                        Yours, etc.,

                                        FABIANI COHEN & HALL, LLP

                                        _____
                                        Kevin B. Pollak (KBP 6098)
                                        Attorneys for Defendants
                                        GREYHOUND LINES, INC., and
                                        LAIDLAW INTERNATIONAL, INC.
                                        570 Lexington Avenue, 4th Floor
                                        New York, New York 10022
                                        (212) 644-4420

TO:   NORMAN LISS, ATTORNEYS-AT-LAW, P.C.
      Norman Liss (NL6488)
      Attorneys for Plaintiffs
      200 West 57th Street
      New York, New York 10019
      (212) 586-6165

Sherry Ann George, Sherry Ann George, as Mother and Natural Guardian of Voshona George, Infant, and Sherry Ann George and Allison Idohou, as Co-Administrators of the Estate of Doreen George, Deceased v. Greyhound Lines, Inc., and Laidlaw International, Inc.
Civil Action No.: 07 CIV 8364 (PKL) - Our File No. 818.34464

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. RULE 7.1** was filed electronically via ECF and was also served via ECF and first class mail, postage prepaid, this 30th day of October, 2007, to:

**NORMAN LISS, ATTORNEYS-AT-LAW, P.C.**
**Norman Liss (NL6488)**
**Attorneys for Plaintiffs**
200 West 57th Street
New York, New York 10019
(212) 586-6165

_____
Kevin B. Pollak (KBP 6098)

Sworn to before me this
30th day of October, 2007.

_____
NOTARY PUBLIC

INGRID A. SANTOS - CASTILLO
Notary Public, State Of New York
No. 01SA5075460
Qualified in New York County
Commission Expires 03/31/20__

370789.1

-------------------------------------------------------------------X

SHERRY ANN GEORGE, SHERRY ANN GEORGE, as
Mother and Natural Guardian of VOSHONA GEORGE,
Infant, and SHERRY ANN GEORGE and ALLISON
IDOHOU, as Co-Administrators of the ESTATE OF
DOREEN GEORGE, Deceased,

Civil Action No.
07 CIV 8364 (PKL)

Plaintiffs,

-against-

GREYHOUND LINES, INC. and LAIDLAW
INTERNATIONAL, INC.,

Defendants.

-------------------------------------------------------------------X

## DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. RULE 7.1

FABIANI COHEN & HALL, LLP
Attorneys for Defendants
GREYHOUND LINES, INC.
and LAIDLAW INTERNATIONAL, INC.,
570 Lexington Avenue-4th Floor
New York, New York 10022
(212) 644-4420

To: Attorney(s) for:
Sir(s):

    PLEASE TAKE NOTICE that a      of which the within is a (true) (certified) copy

    [ ]NOTICE OF ENTRY *was duly entered in the within named court on*
2007

    [ ]NOTICE OF SETTLEMENT *will be presented for settlement to the Hon.*
*one of the judges of the within named court at the Courthouse at* on , 2007 at
o'clock

Dated:

Yours, etc.,
FABIANI COHEN & HALL, LLP
570 Lexington Avenue, 4th Floor
New York, New York 10022
(212) 644-4420

To:

Attorney(s) for: