USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TERESITA SANTIAGO, RAMON LORENZO and TERESITA SANTIAGO, as the Mother and Natural Guardian of KAREN SANTIAGO DIAZ and HENRY LORENZO, infants,

                              Plaintiffs,

           - against -

GREYHOUND LINES, INC.,

                              Defendant
------------------------------------------------------------X

STIPULATION
OF DISCONTINUANCE

06 CIV. 7108 (PKL)

Action No. 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIA MERCEDES ROSARIO BRETON, FABIAN GARCIA and PAOLA GARCIA,

                              Plaintiffs,

           - against –

GREYHOUND LINES, INC.,

                              Defendant
------------------------------------------------------------X

06 CIV. 7110 (PKL)

Action No. 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZIBO WANG,

                                Plaintiff,

           - against -

GREYHOUND LINES, INC., and "Jane Doe" as Administrator of THE ESTATE OF RONALD BURGESS, Deceased,

                              Defendants.
------------------------------------------------------------X

06 CIV. 11382 (PKL)

Action No. 3

373020.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KIRSTEN ANDERSON,

                        Plaintiff,

- against -

GREYHOUND LINES, INC., and LAIDLAW
INTERNATIONAL, INC.,

                        Defendant
----------------------------------------------------------------X

06 CIV. 13371 (PKL)

Action No. 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LAURE BOUDET,

                        Plaintiff,

-against-

GREYHOUND LINES, INC., and LAIDLAW
INTERNATIONAL, INC.,

                        Defendants.
----------------------------------------------------------------X

07 CIV. 3098 (PKL)

Action No. 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BETTY DORCE EXUME, as ADMINISTRATRIX OF THE
ESTATEOF ANTONIDE DORCE, deceased, and BETTY
DORCE EXUME, individually, JACQUELIN BERTRAND
and
MARIE LILIANE MILARD,

                        Plaintiffs,

- against -

GREYHOUND LINES, INC.,

                        Defendant
----------------------------------------------------------------X

Action No. 6

373020.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHRISTIAN YOPA and ABI-SARA MACHOLD,

                                Plaintiff,

     -against-

GREYHOUND LINES, INC., and LAIDLAW
INTERNATIONAL, INC.,

                             Defendants.
-------------------------------------------------------------------X

07 CIV. 6889 (PKL)

Action No. 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SHERRY ANN GEORGE, SHERRY ANN GEORGE, as
Mother and Natural Guardian of VOSHONA GEORGE,
Infant, and SHERRY ANN GEORGE and ALLISON
IDOHOU, as Co-Administrators of the ESTATE OF
DOREEN GEORGE, Deceased,

                             Plaintiffs,

     -against-

GREYHOUND LINES, INC. and LAIDLAW
INTERNATIONAL, INC.,

                             Defendants.
-------------------------------------------------------------------X

Civil Action No.
07 CIV 8364 (PKL)

Action No. 8

373020.1

3

12/21/2007 11:52 FAX    212 972 9432        Kreindler&Kreindler LLP                    ☒005/016

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties in action nos. 4, 5, 7 and 8 hereinabove that, whereas no party is an infant or a person for whom a committee or guardian has been appointed, action nos. 4, 5, 7 and 8 are hereby discontinued without prejudice as against defendant Laidlaw International, Inc. only.

IT IS FURTHER STIPULATED AND AGREED, by and between the attorneys for the above-mentioned parties, that this Stipulation of Discontinuance may be signed in counterparts.

| FABIANI COHEN & HALL, LLP | KREINDLER & KREINDLER |
|---|---|
| *[signature]* | *[signature]* MB1234 |
| Kevin B. Pollak, Esquire (KBP 6098) | Attorneys for Plaintiffs in Action No. 4 |
| Attorneys for Defendants | and Action No. 7 |
| GREYHOUND LINES, INC. and | KIRSTEN ANDERSON; CHRISTIAN |
| LAIDLAW INTERNATIONAL, INC. | YOPA and ABI-SARA MACHOLD |
| 570 Lexington Avenue, 4th Floor | 100 Park Avenue |
| New York, New York 10022 | New York, New York 10017 |
| (212) 644-4420 | (212) 687-8181 |

373020.1

| | |
|---|---|
| GOLDBERG SEGALLA, LLP | NORMAN LISS ATTORNEYS-AT-LAW, P.C. |
| *[signature]* | |
| Attorneys for Plaintiff in Action No 5<br>LAURIE BOUDET<br>GOLDBERG SEGALLA, LLP<br>Attorneys for Plaintiff Boudet<br>5789 Widewaters Parkway<br>Syracuse, New York 13214<br>(315) 413-5400 | Attorneys for Plaintiffs in Action No. 8<br>SHERRY ANN GEORGE, SHERRY ANN GEORGE, as Mother and Natural Guardian of VOSHONA GEORGE, Infant, and SHERRY ANN GEORGE and ALLISON IDOHOU, as Co-Administrators of the ESTATE OF DOREEN GEORGE, Deceased,<br>200 W 57th Street<br>New York, New York 10019<br>(212) 586-6165 |

Dated:   New York, New York
         November 20, 2007


**SO ORDERED**

_____
                USDJ

373020.1

| GOLDBERG SEGALLA, LLP | NORMAN LISS ATTORNEYS-AT-LAW, P.C. |
|---|---|
| _____ | *[signature]* _____ |
| Attorneys for Plaintiff in Action No 5 | Attorneys for Plaintiffs in Action No. 8 |
| LAURIE BOUDET | SHERRY ANN GEORGE, SHERRY |
| GOLDBERG SEGALLA, LLP | ANN GEORGE, as Mother and Natural |
| Attorneys for Plaintiff Boudet | Guardian of VOSHONA GEORGE, |
| 5789 Widewaters Parkway | Infant, and SHERRY ANN GEORGE |
| Syracuse, New York 13214 | and ALLISON IDOHOU, as Co- |
| (315) 413-5400 | Administrators of the ESTATE OF |
|  | DOREEN GEORGE, Deceased, |
|  | 200 W 57th Street |
|  | New York, New York 10019 |
|  | (212) 586-6165 |

Dated: New York, New York
November 20, 2007

SO ORDERED  12/27/07

*[signature]* _____
USDJ

373020.1

5