USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TERESITA SANTIAGO, RAMON LORENZO and TERESITA SANTIAGO, as the Mother and Natural Guardian of KAREN SANTIAGO DIAZ and HENRY LORENZO, infants,

           Plaintiffs,

 - against -

GREYHOUND LINES, INC.,

           Defendant
------------------------------------------------------------------X

CONSOLIDATION
STIPULATION

06 CIV. 7108 (PKL)

Action No. 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARIA MERCEDES ROSARIO BRETON, FABIAN GARCIA and PAOLA GARCIA,

           Plaintiffs,

 - against –

GREYHOUND LINES, INC.,

           Defendant
------------------------------------------------------------------X

06 CIV. 7110 (PKL)

Action No. 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ZIBO WANG,

           Plaintiff,

 - against -

GREYHOUND LINES, INC., and "Jane Doe" as Administrator of THE ESTATE OF RONALD BURGESS, Deceased,

           Defendants.
------------------------------------------------------------------X

06 CIV. 11382 (PKL)

Action No. 3

374365.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KIRSTEN ANDERSON,

                                          Plaintiff,

                 - against -

GREYHOUND LINES, INC., and LAIDLAW
INTERNATIONAL, INC.,

                                          Defendant
-------------------------------------------------------------------X

06 CIV. 13371 (PKL)

Action No. 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LAURE BOUDET,

                                          Plaintiff,

                -against-

GREYHOUND LINES, INC., and LAIDLAW
INTERNATIONAL, INC.,

                                          Defendants.
-------------------------------------------------------------------X

07 CIV. 3098 (PKL)

Action No. 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BETTY DORCE EXUME, as ADMINISTRATRIX OF
THE ESTATEOF ANTONIDE DORCE, deceased, and
BETTY DORCE EXUME, individually, JACQUELIN
BERTRAND and
MARIE LILIANE MILARD,

                                          Plaintiffs,

                 - against -

GREYHOUND LINES, INC.,

                                          Defendant
-------------------------------------------------------------------X

07 CIV. 3289 (PKL)

Action No. 6

374365_1                                           2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHRISTIAN YOPA and ABI-SARA MACHOLD,

                              Plaintiff,

      -against-

GREYHOUND LINES, INC., and LAIDLAW
INTERNATIONAL, INC.,

                             Defendants.
------------------------------------------------------------------X

07 CIV. 6889 (PKL)

Action No. 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHERRY ANN GEORGE, SHERRY ANN GEORGE, as
Mother and Natural Guardian of VOSHONA GEORGE,
Infant, and SHERRY ANN GEORGE and ALLISON
IDOHOU, as Co-Administrators of the ESTATE OF
DOREEN GEORGE, Deceased,

                             Plaintiffs,

      -against-

GREYHOUND LINES, INC. and LAIDLAW
INTERNATIONAL, INC.,

                             Defendants.
------------------------------------------------------------------X

07 CIV 8364 (PKL)

Action No. 8

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsels for the parties that the above captioned matters and below referenced matter are hereby consolidated pursuant to F.R.C.P. Rule 42(a) for all purposes, *under case number 06 Civ. 13571 (lead case number going forward).*

374365_1                         3

12/21/2007 11:53 FAX   212 972 9432      Kreindler&Kreindler LLP           ☒011/016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHEIKH SIDY MOHAMED TAMBADOU and OURY
CISSE, Individually and as Co-Liquidators of the Estate of
SOULEYMANE TAMBADOU, deceased, 12435 Av de
Saint-Castin Montreal, Quebec H3M 2L9 Canada,

                      Plaintiffs,        07 CIV 9299 (PKL)

    -against-                               Action No. 9

GREYHOUND LINES INC.

                      Defendants.
-------------------------------------------------------------X

| FABIANI COHEN & HALL, LLP | TAUB & MAUDER |
|---|---|
| _____ (MBP 6098) | |
| Attorneys for Defendants | Attorneys for Plaintiffs in Actions No. 1 |
| GREYHOUND LINES, INC. and | And Action No. 2 TERESITA SANTIAGO, |
| LAIDLAW INTERNATIONAL, INC. | RAMON LORENZO and TERESITA |
| 570 Lexington Avenue 4th Floor | SANTIAGO, as mother and natural |
| New York, New York 0022 | guardian of KAREN SANTIAGO DIAZ and |
| (212) 644-4420 | HENRY LORENZO, infants; MARIA |
| | MERCEDES ROSARIO BRETON, |
| | FABIAN GARCIA and PAOLA GARCIA |
| | 450 Seventh Avenue, 37th Floor |
| | New York, New York 10123 |
| | (212) 967-1122 |

379365_1                             4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHEIKH SIDY MOHAMED TAMBADOU and OURY
CISSE, Individually and as Co-Liquidators of the Estate of
SOULEYMANE TAMBADOU, deceased, 12435 Av de
Saint-Castin Montreal, Quebec H3M 2L9 Canada,

                                 Plaintiffs,                07 CIV 9299 (PKL)

        -against-                                   Action No. 9

GREYHOUND LINES, INC.

                                Defendants.
------------------------------------------------------------X

FABIANI COHEN & HALL, LLP          TAUB & MARDER

Attorneys for Defendants                         Attorneys for Plaintiffs in Actions No. 1
GREYHOUND LINES, INC. and                 And Action No. 2 TERESITA SANTIAGO,
LAIDLAW INTERNATIONAL, INC.              RAMON LORENZO and TERESITA
570 Lexington Avenue, 4th Floor               SANTIAGO, as mother and natural
New York, New York 10022                     guardian of KAREN SANTIAGO DIAZ and
(212) 644-4420                                 HENRY LORENZO, infants; MARIA
                                                 MERCEDES ROSARIO BRETON,
                                                 FABIAN GARCIA and PAOLA GARCIA
                                                 450 Seventh Avenue, 37th Floor
                                                 New York, New York 10123
                                                 (212) 967-1122

RICH & RICH, P.C.

_____ (JR 7895)
Attorneys for Plaintiff in Action No. 3
ZIBO WANG
30 Vesey Street
New York, New York 10007
(212) 406-0440

KREINDLER & KREINDLER

_____ MB1234
Attorneys for Plaintiffs in Action No. 4
and Action No. 7 KIRSTEN
ANDERSON; CHRISTIAN YOPA and
ABI-SARA MACHOLD
100 Park Avenue
New York, New York 10017
(212) 687-8181

GOLDBERG SEGALLA, LLP

_____
Attorneys for Plaintiff in Action No. 5
LAURIE BOUDET
GOLDBERG SEGALLA, LLP
Attorneys for Plaintiff Boudet
5789 Widewaters Parkway
Syracuse, New York 13214
(315) 413-5400

RUBENSTEIN & RYNECKI, ESQS.

_____
Attorneys for Plaintiff in Action No. 6
BETTY DORCE EXUME, as
Administratrix of the Estate of
ANTONIDE DORCE, deceased, and
BETTY DORCE EXUME, individually,
JACQUELIN BERTRAND and MARIE
LILIANE MILARD
16 Court Street, Suite 1717
Brooklyn, New York 11241
(718) 522-1020

374365_1

5

RICH & RICH, P.C.

---

Attorneys for Plaintiff in Action No. 3
ZIBO WANG
30 Vesey Street
New York, New York 10007
(212) 406-0440

GOLDBERG SEGALLA, LLP

*/s/ Risa M. Pol*

---

Attorneys for Plaintiff in Action No. 5
LAURIE BOUDET
GOLDBERG SEGALLA, LLP
Attorneys for Plaintiff Boudet
5789 Widewaters Parkway
Syracuse, New York 13214
(315) 413-5400

KREINDLER & KREINDLER

---

Attorneys for Plaintiffs in Action No. 4
and Action No. 7 KIRSTEN
ANDERSON; CHRISTIAN YOPA and
ABI-SARA MACHOLD
100 Park Avenue
New York, New York 10017
(212) 687-8181

RUBENSTEIN & RYNECKI, ESQS.

---

Attorneys for Plaintiff in Action No. 6
BETTY DORCE EXUME, as
Administratrix of the Estate of
ANTONIDE DORCE, deceased, and
BETTY DORCE EXUME, individually,
JACQUELIN BERTRAND and MARIE
LILIANE MILARD
16 Court Street, Suite 1717
Brooklyn, New York 11241
(718) 522-1020

RICH & RICH, P.C.

_____
Attorneys for Plaintiff in Action No. 3
ZIBO WANG
30 Vesey Street
New York, New York 10007
(212) 406-0440

KREINDLER & KREINDLER

_____
Attorneys for Plaintiffs in Action No. 4
and Action No. 7 KIRSTEN
ANDERSON, CHRISTIAN YOPA and
ABI-SARA MACHOLD
100 Park Avenue
New York, New York 10017
(212) 687-8181

GOLDBERG SEGALLA, LLP

_____
Attorneys for Plaintiff in Action No. 5
LAURIE BOUDET
GOLDBERG SEGALLA, LLP
Attorneys for Plaintiff Boudet
5789 Widewaters Parkway
Syracuse, New York 13214
(315) 413-5400

RUBENSTEIN & RYNECKI, ESQS.

_____/s/ Robert Rynecki (RP 4953)_____
Attorneys for Plaintiff in Action No. 6
BETTY DORCE EXUME, as
Administratrix of the Estate of
ANTONIDE DORCE, deceased, and
BETTY DORCE EXUME, individually,
JACQUELIN BERTRAND and MARIE
LILIANE MILARD
16 Court Street, Suite 1717
Brooklyn, New York 11241
(718) 522-1020

374365_1    5

| NORMAN LISS ATTORNEYS-AT-LAW, P.C. | THE LIETZ LAW FIRM, PLLC |
|---|---|
| *[signature]* | |
| Attorneys for Plaintiffs in Action No. 8 SHERRY ANN GEORGE, SHERRY ANN GEORGE, as Mother and Natural Guardian of VOSHONA GEORGE, Infant, and SHERRY ANN GEORGE and ALLISON IDOHOU, as Co-Administrators of the ESTATE OF DOREEN GEORGE, Deceased, 200 W 57th Street New York, New York 10019 (212) 586-6165 | David Kevin Lietz, Esquire DC Bar No. 430557 Admitted Pro Hac Vice Attorneys for Plaintiffs in Action No. 9 CHEIKH SIDY MOHAMED TAMBADOU and OURY CISSE, Individually and as Co-Liquidators of the Estate of SOULEYMANE TAMBADOU 888 16th Street North West Washington, DC 20006 (202) 349-9869 |

Dated: New York, New York
December 18, 2007


SO ORDERED

_____
USDJ

| | |
|---|---|
| NORMAN LISS ATTORNEYS-AT-LAW, P.C. | THE LIETZ LAW FIRM, PLLC |
| | *David K. Lietz* |
| Attorneys for Plaintiffs in Action No. 8 SHERRY ANN GEORGE, SHERRY ANN GEORGE, as Mother and Natural Guardian of VOSHONA GEORGE, Infant, and SHERRY ANN GEORGE and ALLISON IDOHOU, as Co-Administrators of the ESTATE OF DOREEN GEORGE, Deceased, 200 W 57th Street New York, New York 10019 (212) 586-6165 | David Kevin Lietz, Esquire DC Bar No. 430557 Admitted Pro Hac Vice Attorneys for Plaintiffs in Action No. 9 CHEIKH SIDY MOHAMED TAMBADOU and OURY CISSE, Individually and as Co-Liquidators of the Estate of SOULEYMANE TAMBADOU 888 16th Street North West Washington, DC 20006 (202) 349-9869 |

Dated: New York, New York
       December 18, 2007

SO ORDERED

*[signature]* 1/02/08

USDJ

374365_1                              6