**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

TERESITA SANTIAGO, RAMON LORENZO and
TERESITA SANTIAGO, as the Mother and Natural
Guardian of KAREN SANTIAGO DIAZ and HENRY
LORENZO, infants,

                    **Plaintiffs,**

                v.

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
                    **Defendant.**
-----------------------------------------------------------------X

GREYHOUND LINES, INC.,
                    **Third-Party Plaintiff,**

                v.

MOTOR COACH INDUSTRIES, INC.,
                    **Third-Party Defendant.**
----------------------------------------------------------------X

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

MARIA MERCEDES ROSARIO BRETON, FABIAN
GARCIA and PAOLA GARCIA,
                    **Plaintiffs,**

                v.

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
                    **Defendant.**
-----------------------------------------------------------------X

GREYHOUND LINES, INC.,
                    **Third-Party Plaintiff,**

                v.

MOTOR COACH INDUSTRIES, INC.,
                    **Third-Party Defendant.**
----------------------------------------------------------------X

**STIPULATION** _Lead Case_
_Related to 06-13371_

**06 CIV. 7108 (PKL)**

**06 CIV. 7110 (PKL)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4|3|08

382499.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ZIBO WANG,

                Plaintiff,

                v.                                  **06 CIV. 11382 (PKL)**

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
                Defendant.
-------------------------------------------------------------X

GREYHOUND LINES, INC.,

                Third-Party Plaintiff,

                v.

MOTOR COACH INDUSTRIES, INC.,
                Third-Party Defendant.
-------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KIRSTEN ANDERSON,

                Plaintiff,

                v.                                  **06 CIV. 13371 (PKL)**

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
                Defendant.
-------------------------------------------------------------X

GREYHOUND LINES, INC.,

                Third-Party Plaintiff,

                v.

MOTOR COACH INDUSTRIES, INC.,
                Third-Party Defendant.
-------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LAURE BOUDET,

                Plaintiff,

                  v.                              **07 CIV. 3098 (PKL)**

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,

                Defendants.
------------------------------------------------------------------X
GREYHOUND LINES, INC.,

                Third-Party Plaintiff,

                  v.

MOTOR COACH INDUSTRIES, INC.,

                Third-Party Defendant.
------------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BETTY DORCE EXUME, as ADMINISTRATRIX OF
THE ESTATE OF ANTONIDE DORCE, deceased, and
BETTY DORCE EXUME, individually, JACQUELIN
BERTRAND and MARIE LILIANE MILARD,

                Plaintiffs,

                  v.                              **07 CIV. 3289 (PKL)**

MOTOR COACH INDUSTRIES, INC.,

                Defendant.
------------------------------------------------------------------X
GREYHOUND LINES, INC.,

                Third-Party Plaintiff,

                  v.

MOTOR COACH INDUSTRIES, INC.,

                Third-Party Defendant.
------------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHRISTIAN YOPA and ABI-SARA MACHOLD,
                 Plaintiff,

                 v.                                      07 CIV. 6889 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
                 Defendants.
-----------------------------------------------------------------X

GREYHOUND LINES, INC.,
                 Third-Party Plaintiff,

                 v.

MOTOR COACH INDUSTRIES, INC.,
                 Third-Party Defendant.
-----------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHERRY ANN GEORGE, SHERRY ANN GEORGE, as
Mother and Natural Guardian of VOSHONA GEORGE,
Infant, and SHERRY ANN GEORGE and ALLISON
IDOHOU, as Co-Administrators of the ESTATE OF
DOREEN GEORGE, Deceased,
                 Plaintiffs,

                 v.

                                     07 CIV 8364 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
                 Defendants.
-----------------------------------------------------------------X

GREYHOUND LINES, INC.,
                 Third-Party Plaintiff,

                 v.

MOTOR COACH INDUSTRIES, INC.,
                 Third-Party Defendant.
-----------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
CHEIKH SIDY MOHAMED TAMBADOU and OURY
CISSE, Individually and as Co-Liquidators of the Estate of
SOULEYMANE TAMBADOU, deceased,
                    Plaintiffs,

                    v.                                                      07 CIV 9299 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
                    Defendants.
----------------------------------------------------------------------X
GREYHOUND LINES, INC.,
                    Third-Party Plaintiff,

                    v.

MOTOR COACH INDUSTRIES, INC.,
                    Third-Party Defendant.
----------------------------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

counsels for the parties that the above captioned consolidated matters and the below referenced

matters are hereby consolidated pursuant to F.R.C.P. Rule 42(a) for all purposes.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
CINDYLYN LAMARCHE,
                    Plaintiff,

                    v.                                                      08 CIV 2438 (PKL)

GREYHOUND LINES, INC.,
                    Defendant.
----------------------------------------------------------------------X

382499_1                                        5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

LIONEL CADELIS,

                Plaintiff,

          v.                                08 CIV 2439 (PKL)

GREYHOUND LINES, INC.,

                Defendant.
--------------------------------------------------------------------X


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

MAMADOU SAIDOU BAH and GNALEN BAH,
                Plaintiffs,

          v.                                08 CIV 2440 (PKL)

GREYHOUND LINES, INC.,

                Defendant.
--------------------------------------------------------------------X


FABIANI COHEN & HALL, LLP

_____

Attorneys for Defendant/Third-Party
Plaintiff
GREYHOUND LINES, INC.
570 Lexington Avenue, 4th Floor
New York, New York  10022
(212) 644-4420

TAUB & MARDER

_____

Attorneys for Plaintiffs
TERESITA SANTIAGO, RAMON
LORENZO and TERESITA SANTIAGO, as
mother and natural guardian of KAREN
SANTIAGO DIAZ and HENRY
LORENZO, infants; MARIA MERCEDES
ROSARIO BRETON, FABIAN GARCIA
and PAOLA GARCIA
450 Seventh Avenue, 37th Floor
New York, New York  10123
(212) 967-1122

382499_1                                  6

RICH & RICH, P.C.

**Attorneys for Plaintiff**
ZIBO WANG
30 Vesey Street
New York, New York  10007
(212) 406-0440


GOLDBERG SEGALLA, LLP

**Attorneys for Plaintiff**
LAURIE BOUDET
5789 Widewaters Parkway
Syracuse, New York  13214
(315) 413-5400
Lisa M. Robinson


NORMAN LISS, ATTORNEYS-AT-LAW,
P.C.

By: Howard Pidell
**Attorneys for Plaintiffs**
SHERRY ANN GEORGE, SHERRY ANN
GEORGE, as Mother and Natural Guardian
of VOSHONA GEORGE, Infant, and
SHERRY ANN GEORGE and ALLISON
IDOHOU, as Co-Administrators of the
ESTATE OF DOREEN GEORGE, Deceased
200 West 57th Street
New York, New York  10019
(212) 586-6165


KREINDLER & KREINDLER LLP

MI L34
**Attorneys for Plaintiffs**
KIRSTEN ANDERSON, CHRISTIAN
YOPA, ABI-SARA MACHOLD and
CINDYLYN LAMARCHE
100 Park Avenue, 18th Floor
New York, New York  10017
(212) 687-8181


RUBENSTEIN & RYNECKI, ESQS.

**Attorneys for Plaintiffs**   RP 4453
BETTY DORCE EXUME , as
Administratrix of the Estate of ANTONIDE
DORCE, deceased, and BETTY DORCE
EXUME, individually, JACQUELIN
BERTRAND and MARIE LILIANE
MILARD
16 Court Street, Suite 1717
Brooklyn, New York  11241
(718) 522-1020


THE LIETZ LAW FIRM, PLLC

David K Lutz
David Kevin Lietz, Esquire
DC Bar No. 430557
Admitted Pro Hac Vice
**Attorneys for Plaintiffs**
CHEIKH SIDY MOHAMED TAMBADOU
and OURY CISSE, Individually and as Co-
Liquidators of the Estate of SOULEYMANE
TAMBADOU
888 16th Street North West
Washington, DC  20006
(202) 349-9869

HERRICK, FEINSTEIN, LLP

HF by _____

**Attorneys for Defendant**
**THE GOODYEAR TIRE & RUBBER**
**COMPANY**
2 Park Avenue
New York, New York  10016
(212) 592-1400
**OFFICE OF JAY H. TANENBAUM**

_____

Michael B. Zaransky, of Counsel (MZ 2300)
**Attorneys for Plaintiff**
**LIONEL CADELIS**
110 Wall Street, 16th Floor
New York, New York  10005
(212) 422-1765

NOVACK BURNBAUM CRYSTAL LLP

_____

**Attorneys for Third-Party Defendant**
**MOTOR COACH INDUSTRIES, INC.**
300 East 42nd Street
New York, New York  10017
(212) 682-4002

**LAW OFFICE OF EDWARD P. RYAN**

_____

**Attorneys for Plaintiffs**
**MAMADOU SAIDOU BAH and GNALEN**
**BAH**
38 Eagle Street
Albany, New York  12207
(518) 465 - 2488


Dated:  New York, New York
      April 3, 2008



SO ORDERED

4/3/08

_____
USDJ

382499_1                                        8